# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| T-NETIX, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> VALUE-ADDED COMMUNICATIONS, INC., <br><br> Defendant/Counter-Plaintiff, <br><br> v. <br><br> SECURUS TECHNOLOGIES, INC., <br><br> Counter-Defendant. | Case No. 3:05-cv-0654-D <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court for consideration is Plaintiff/Counter-Defendant T-NETIX, Inc. ("T-NETIX"), Defendant/Counter-Plaintiff Value-Added Communications, Inc. ("VAC"), and Counter-Defendant Securus Technologies, Inc.'s ("SECURUS") Joint Agreed Motion to Dismiss.

The Court, having considered the motion hereby ORDERS that all claims in this case are dismissed with prejudice, with each party bearing its own costs.

So ORDERED and SIGNED this 6th day of August, 2008.

*[signature]*
HON. SIDNEY A. FITZWATER
UNITED STATES CHIEF
DISTRICT JUDGE