## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **T-NETIX, INC.,** | § | |
| | § | |
| **Plaintiff/Counter-Defendant,** | § | |
| | § | |
| **v.** | § | **Case No. 3:05-CV-0654-D (BK)** |
| | § | **ECF** |
| **VALUE-ADDED** | § | |
| **COMMUNICATIONS, INC.** | § | |
| | § | |
| **Defendant/Counter-Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SECURUS TECHNOLOGIES, INC.** | § | |
| | § | |
| **Counter-Defendant.** | § | |

## T-NETIX'S, SECURUS', SMITH'S, AND REINHOLD'S
## MOTION FOR LEAVE TO FILE UNDER SEAL

In accordance with Local Rule 79.3, Plaintiff/Counter-Defendant T-NETIX, Inc. ("T-NETIX"), Counter-Defendant Securus Technologies, Inc. ("Securus"), Richard A. Smith and Dennis J. Reinhold (collectively, the "Securus Respondents") hereby move this Court for an Order granting the Securus Respondents leave to file The Securus Respondents' Unopposed Motion to Seal the February 25, 2013 Hearing Transcript (the "Motion to Seal") under seal.

The Motion to Seal includes references to certain information that was previously withdrawn from this Court's records and permanently sealed.

Accordingly, T-NETIX, Securus, Smith, and Reinhold request that they be granted leave to file the Motion to Seal under seal.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:  /s/ Gwen I. Walraven
       Jeffrey S. Lowenstein
       Texas Bar No. 24007574
       Gwen I. Walraven
       Texas Bar No. 24047065

3232 McKinney Avenue, Suite 1400
Dallas, Texas  75204-2429
(214) 740-1400 – Telephone
(214) 740-1499 – Facsimile

**ATTORNEYS FOR T-NETIX, INC., AND
SECURUS TECHNOLOGIES, INC.**

<u>**CERTIFICATE OF CONFERENCE**</u>

The undersigned hereby certifies that on March 25, 2013, she conferred with Kenneth Kula, counsel for Defendant/Counter-Plaintiff Value-Added Communications, Inc. ("VAC") and Albert Starkus, counsel for Gruber Hurst Johansen Hail Shank LLP ("Gruber Hurst") regarding this motion.  VAC opposes the relief sought in this motion.  Gruber Hurst does not oppose the relief sought in this motion.

/s/ Gwen I. Walraven
Gwen I. Walraven

## CERTIFICATE OF SERVICE

On this 26th day of March 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, using the case filing system of the Court.

I hereby certify that I have served all counsel of record electronically or by another manner by FED. R. CIV. P. 5(b)(2).

/s/ Gwen I. Walraven
Gwen I. Walraven

1248444_1.docx