**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **T-NETIX, INC.** ) | |
| ) | |
| **Plaintiff/Counter-Defendant** ) | |
| ) | |
| v. ) | |
| ) | |
| **VALUE-ADDED COMMUNICATIONS,** ) | |
| **INC.** ) | **Case No. 3-05-654-D** |
| ) | |
| **Defendant/Counter-Plaintiff** ) | |
| v. ) | |
| ) | |
| **SECURUS TECHNOLOGIES, INC.** ) | |
| ) | |
| **Counter-Defendant** ) | |
| ) | |

**ORDER GRANTING VALUE-ADDED COMMUNICATIONS, INC.'S**
**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

The Court, having considered Defendant/Counter-Plaintiff Value-Added Communications, Inc.'s ("VAC") Motion for Leave to File Under Seal, finds good cause for GRANTING the Motion for Leave.

**IT IS THEREFORE ORDERED** that VAC's Motion for Leave to File Under Seal [Doc. #310] is **GRANTED**, and it is hereby:

**FURTHER ORDERED** that the following documents shall be filed under seal:

(1) Value-Added Communications, Inc.'s Objections to the United States Magistrate's March 28, 2013 Findings, Conclusions and Recommendations, and Memorandum of Law in Support Thereof; and

(2) Value-Added Communications, Inc.'s Appendix in Support of Objections to the United States Magistrate's March 28, 2013 Findings, Conclusions and Recommendations.

**IT IS SO ORDERED.**

Dated: _____, 2013        _____
                                      Honorable Sidney A. Fitzwater
                                      UNITED STATES DISTRICT JUDGE