**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **T-NETIX, INC.** ) | |
| ) | |
|     **Plaintiff/Counter-Defendant** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **VALUE-ADDED COMMUNICATIONS,** ) | |
|  **INC.** ) | **Case No. 3-05-654-D** |
| ) | |
|     **Defendant/Counter-Plaintiff** ) | |
| **v.** ) | |
| ) | |
| **SECURUS TECHNOLOGIES, INC.** ) | |
| ) | |
|     **Counter-Defendant** ) | |
| ) | |

**ORDER GRANTING VALUE-ADDED COMMUNICATIONS, INC.'S
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

    The Court, having considered Defendant/Counter-Plaintiff Value-Added Communications, Inc.'s ("VAC") Motion for Leave to File Under Seal, finds good cause for GRANTING the Motion for Leave.

    **IT IS THEREFORE ORDERED** that VAC's Motion for Leave to File Under Seal [Doc. #311] is **GRANTED**, and it is hereby:

    **FURTHER ORDERED** that the following documents shall be filed under seal:

(1) Value-Added Communications, Inc.'s Objections to the United States Magistrate's March 28, 2013 Findings, Conclusions and Recommendations, and Memorandum of Law in Support Thereof; and

(2) Value-Added Communications, Inc.'s Appendix in Support of Objections to the United States Magistrate's March 28, 2013 Findings, Conclusions and Recommendations.

**IT IS SO ORDERED.**

Dated: April 12, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE