IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| T-NETIX, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Case No. 3:05-CV-0654-D |
| | § | |
| VALUE-ADDED COMMUNICATIONS, INC. | § | |
| | § | |
| Defendant/Counter-Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SECURUS TECHNOLOGIES, INC. | § | |
| | § | |
| Counter-Defendant. | § | |

**ORDER GRANTING T-NETIX'S, SECURUS', SMITH'S, AND REINHOLD'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

The unopposed motion of Plaintiff/Counter-Defendant T-NETIX, Inc. ("T-NETIX"), Counter-Defendant Securus Technologies, Inc. ("Securus"), Richard A. Smith, and Dennis J. Reinhold for Leave to File Under Seal is granted, and their Response to Value-Added Communications, Inc.'s Objections to the United States Magistrate's March 28, 2013 Findings, Conclusions and Recommendations shall be filed under seal.

SIGNED April 26, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

1290364_1.DOCX