**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **T-NETIX, INC.** | ) |
| | ) |
|     **Plaintiff/Counter-Defendant** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **VALUE-ADDED COMMUNICATIONS,** | ) |
|  **INC.** | )   Case No. 3:05-CV-0654-D |
| | ) |
|     **Defendant/Counter-Plaintiff** | ) |
| **v.** | ) |
| | ) |
| **SECURUS TECHNOLOGIES, INC.** | ) |
| | ) |
|     **Counter-Defendant** | ) |
| | ) |

**ORDER GRANTING VALUE-ADDED COMMUNICATIONS, INC.'S MOTION**
**FOR LEAVE TO FILE RESPONSE TO GRUBER HURST'S**
**LIMITED OBJECTIONS UNDER SEAL**

The Court, having considered Defendant/Counter-Plaintiff Value-Added Communications, Inc.'s ("VAC") Motion for Leave to File Under Seal, finds good cause for GRANTING the Motion for Leave.

**IT IS THEREFORE ORDERED** that VAC's Motion for Leave to File Under Seal [Doc. #319] is **GRANTED**, and it is hereby:

**FURTHER ORDERED** that the following document shall be filed under seal:

Value-Added Communications, Inc.'s Memorandum of Law in Support of its Response to Gruber Hurst's Limited Objections to the United States Magistrate's March 28, 2013 Findings, Conclusions and Recommendations

**IT IS SO ORDERED.**

Dated: April 26, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE