IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| T-NETIX, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Case No. 3:05-CV-0654-D |
| | § | |
| VALUE-ADDED COMMUNICATIONS, INC. | § | |
| | § | |
| Defendant/Counter-Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SECURUS TECHNOLOGIES, INC. | § | |
| | § | |
| Counter-Defendant. | § | |

**ORDER GRANTING GRUBER HURST'S UNOPPOSED
MOTION FOR LEAVE TO FILE UNDER SEAL**

The Unopposed Motion of Gruber Hurst Johansen Hail Shank, LLP ("Gruber Hurst") for Leave to File Under Seal is granted, and Gruber Hurst's Response to VAC's Objections (the "Response") shall be filed under seal.

SIGNED April 26, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

**ORDER GRANTING GRUBER HURST'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**